IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EDWARD McCLAIN**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **07-231-MJR-CJP** |
| ) | |
| **BRIAN THOMAS, DR. ZAJAC,** ) | |
| **G. HEISNER, SCOTT McADAMS,** ) | |
| **JASON OGLE, GEORGE LOWIS,** ) | |
| **and DON DEHNE** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendants' Motion to Compel Discovery. **(Doc. 20)**.

Plaintiff has not filed a response, and the time for doing so has now expired. The Court deems the failure to file a response to be an admission of the merits of the motion, pursuant to SDIL-LR 7.1.

Therefore, defendants' Motion to Compel Discovery **(Doc. 20)** is **GRANTED**. Plaintiff is ordered to respond fully to defendants' First Set of Interrogatories and Request for Production of Documents by **May 29, 2009.** The time for objecting to defendants' discovery requests expired on April 20, 2009. Therefore, any such objections have been waived.

**Plaintiff is hereby notified that failure to comply with this Court's orders may subject him to sanctions, which may include monetary penalties and/or dismissal of this case**.

**IT IS SO ORDERED.**

**DATED: May 15, 2009.**                              s/ Clifford J. Proud
                                                      **CLIFFORD J. PROUD**
                                                      **U.S. MAGISTRATE JUDGE**